■ BEVERLY A. GERACI et al., Respondents, v MILDRED E. CARUTIS, Doing Business as PORTGAGE INN, et al., Appellants, et al., Defendant. [718 NYS2d 913] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Ward, J. (Appeal from Order of Supreme Court, Chautauqua County, Ward, J.—Summary Judgment.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.

■ MARK D. WINKER et al., Respondents, v BUFFALO PAPERBOARD, INC., et al., Appellants. [718 NYS2d 690] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendants' motion for summary judgment dismissing the complaint. There are triable issues of fact whether defendants breached their duty to keep their premises "in a reasonably safe condition, considering all of the circumstances including the purpose of the [plaintiff's] presence and the likelihood of injury" (*Macey v Truman*, 70 NY2d 918, 919, *mot to amend remittitur granted* 71 NY2d 949; *see, Basso v Miller*, 40 NY2d 233, 240-241; *see also, Baker v Sportservice Corp.*, 142 AD2d 991, 992). (Appeal from Order of Supreme Court, Niagara County, Joslin, J.—Summary Judgment.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.